(Nov. 7, 1883.)

---

*United States Circuit—Eastern District of Michigan.*

## PAUL HARRY

vs.

## PHILIP URIDGE ET. AL.

*Amended Narr.—New Parties.*

New names cannot be included as parties after the original Narr has been filed.

In 1883 Captain Paul Harry, ef Canada, fell down a stairway on Griswold street, Detroit, and was injured.

The cause of the accident was claimed to be the breaking of the hand rail, put up by Uridge & Brooks, defendants.

He accordingly brought suit against this firm in the United States circuit court for $5,000 damages.

During the trial of the case he obtained permission, upon the withdrawal of a juror, to file a new declaration, in which he included Christie & DeGraff, makers of the railing, as defendants.

A motion was made to strike this amended Narr. from the files.

BROWN, J.:   The motion must be granted.

New names cannot be included as parties to a suit after the original declaration has been filed.

(January, 1884.)

*Griffin* & *Warner* for Plaintiff.
*H. M Duffield* for Defendants.